IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. PX-21-238-2 |
| **JENNIFER LYNETTE RANSOME,** | * |
| **Defendant** | * |

\*\*\*\*\*\*\*

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT

The United States of America, by and through undersigned counsel, respectfully submits this unopposed motion to dismiss the indictment against Defendant Jennifer Lynette Ransome only, pursuant to Federal Rule of Criminal Procedure 48(a). The government does not move to dismiss the indictment currently pending against Judith McDuffie Ponds.

Federal Rule of Criminal Procedure 48(a) permits the government to dismiss an indictment "with leave of court." "Customarily Rule 48(a) dismissals are without prejudice," *United States v. Raineri*, 42 F.3d 36, 43 (1st Cir. 1994).

The Government moves to dismiss the indictment, without prejudice. *See United States v. Madzarac*, No. 1:20-CR-194-RCL, 2023 WL 3452331, at *3 (D.D.C. May 15, 2023) (noting that the burden of explaining that a dismissal without prejudice would be in the public interest is "an exceedingly low threshold" and that "a dismissal without prejudice is presumptively valid"); *see also United States v. Shaw*, No. 5:04CR-14-R, 2008 WL 65390 (W.D. Ky. Jan. 4, 2008) (noting that a Rule 48 motion based upon insufficient evidence merits a dismissal without prejudice).

2

Counsel for Ms. Ransome consents to this motion.

Date:  June 16, 2023

>Respectfully submitted,
>
>Erek L. Barron
>United States Attorney
>
>_____/s/_____
>Kelly O. Hayes
>Leah B. Grossi
>Assistant United States Attorneys
>
>Kertisha Dixon
>Special Assistant United States Attorney

It is so ORDERED, this _____ day of June 2023.

>_____
> Honorable Paula Xinis
> United States District Judge

**CERTIFICATE OF SERVICE**

      I, Kelly O. Hayes, HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record, on June 16, 2023.

By:

_____/s/_____
Kelly O. Hayes
Assistant United States Attorney